# STROOCK

By Federal Express

February 27, 2017

Raymond A. Garcia
Direct Dial: 212.806.5485
Fax: 212.806.6006
rgarcia@stroock.com

Lawrence Katz
Law Offices of Lawrence Katz, P.C.
445 Central Avenue, Suite 201
Cedarhurst, New York 11516

Tiffany N. Hardy
Edelman, Combs, Latturner & Goodwin, LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603

Arthur Sanders
Barron & Newburger, P.C.
30 South Main Street
New City, New York 10956

Re:   Grosz v. American Express Bank, FSB, et al., Case No: 2:16-cv-07029-SJF-AYS

Dear Counsel:

Enclosed please find a copy of the Motion to Compel Arbitration and Stay Action of defendant American Express Bank, FSB, submitted in the above-referenced case.

Best,

/s/ Raymond A. Garcia

Raymond A. Garcia

Enclosures

STROOCK & STROOCK & LAVAN LLP • NEW YORK • LOS ANGELES • MIAMI • WASHINGTON, DC
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

LA 52041597